UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Collin Blount_

_____

(In the space above enter the full name(s) of the
plaintiff(s).)

       -against-

_The city of New York and Officer_
_Jhon Doe_

_____

_____

_____

_____

(In the space above enter the full name(s) of the
 defendant(s). If you cannot fit the names of all
of the defendants in the space provided, please
write "see attached" in the space above and attach
an additional sheet of paper with the full list of
names. The names listed in the above caption must
be identical to those contained in part I.
Addresses should not be included here.)

**AMENDED
COMPLAINT**

under the Civil
Rights Act,
42 u.s.c. § 1983

Jury Trial
[✓] YES    [] NO

_15_ Civ. _0893_ (_VA_)

RECEIVED
FEB 18 2015
PRO SE OFFICE

I.    Parties in this complaint:

A.    List your name, identification number, and the name of
and address of your current place of confinement. Do
the same for any additional plaintiffs named. Attach
additional sheets of paper as necessary.

Plaintiff's    Name _Collin Blount_
               I.D# _09294-082_
               Current Institution _Federal correctional institution Ray Brook_
               Address _P.O. Box 900 Ray Brook, New York 12977_

B.    List all defendants' names, positions, places of employ-
ment, and the address where each defendant may be served.
Make sure that the defendant(s) listed below are identical
to those contained in the above caption. Attach additional
sheets of paper as necessary

Defendant No. 1    Name _Jhon Doe_           Shield #____
                      Where Currently Empolyed _N.Y.P.D_
                      Address _81 Precient Brooklyn N.Y. 11233_

Rev. 01/2010              1

Defendant No. 2  Name _____  Shield# _____
                 Where Currently Employed _____
                 Address _____

Defendant NO.  3 Name _____  Shield# _____
                 WHERE Currently Employed _____
                 Address _____

Defendant No. 4  Name _____  Shield# _____
                 Where Currently Employed _____
                 Address _____

Defendant No. 5  Name _____  Shield# _____
                 Where Currently Employed _____
                 Address _____

## II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe
how each of the defendants named in the caption of this comp-
laint is involved in this action, along with the dates and
locations of all relevant events. You may wish to include fur-
ther details such as the names of other persons involved in the
events giving rise to your claims. Do not cite any cases or
statutes. If you intend to allege a number of related claims,
number and set forth each claim in a separate paragraph. Attach
additional sheets of paper as necessary.

A.    In what institution did the events giving rise
      to your claim(s) occur?

      _____
      _____


B.    Where in the institution did the events giving
      rise to your claim(s) occur?

      _____


C.    What date and approximate time did the events
      giving rise to your claim(s) occur?
      _On about JuIy 23, 2012 around 10:00 P.M._
      _____
      _____


D.  Facts: _I was arrested coming out of a cab in front of my home_
_at 147 miller Ave. Brooklyn New york by undercover detectives. I was taken_
_to the 81st precient located on Ralph Ave and Quincy street Brooklyn_
_N.Y. when I got to the precient I war questioned by Detective_

sanchez about a shooting that I was not involved in. I told him that I had nothing to do with the shooting. Detective sanchez had me in the interagation room for a long of time insisting that I shoot some body for a bottle of long island ice tea. After the interagation I was stripped searched, proccessed then taken to Central Bookings. I was arraigned and thats when I found out I was being charge with Attemp murder. After being arraighed I was taken to Rikers Island where I fought this case for 16 months. I was in carcarrated the whole time fighting this case. I was released on my on recogent on November 20th 2013 and around 30 days later the case was dismissed. I was wrongfully accused with no evidince and was incarcerrated for 16 months before the case was dismissed.

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

As a result of this incident, I have suffered Both pyshical and emotional trauma, Axienty attacks due to the stress that went through those 16 months incarcarrated in Riker Island. I was assaulted by inmates and I had to take psych medication just for me to go to sleep and deal with my axienty. I was led to believe that I was gonna do 18 years for something I didn't do. I lost 2 family members and couldn't go to there funaral.

## IV.    Exhaustion of Administrative Remedies:

The prison litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in jail, ort other correctional facility?

    Yes_____    No_____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

_____

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes_____ No_____ Do Not Know_____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes_____ No_____ Do Not Know_____

If YES, which claim(s)?

_____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes_____ No_____

If NO, did you a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes_____ No_____

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.  Which claim(s) in this complaint did you grieve?
    ---

_____

2.  What was the result, if any?

_____

3.  WHAT steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

_____

_____

_____

_____

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

_____

_____

_____

2.  If you did not file a grievance but informed any officials
    of your claim, state who you informed, when and how, and
    their response, if any:

    _____

    \+ _____

    _____

    _____

    _____

G.  Please set forth any additional information that is relevant
    to the exhaustion of your administrative remedies.

    _____

    _____

    _____

    _____

    _____

    _____

    _____

Note:  You may attach as exhibits to this complaint any documents
       related to the exhaustion of your administrative remedies.

V.  Relief:

    State what you want the court to do for you (including the
    amount of monetary compenstion, if any, that you are seeking
    and the basis for such amount). I request the court to
    assume jurisdiction over this matter, award 500,000
    dollars for compensatory damages and 1,000,000 dollars
    for punitive damages to "me" Against the
    defendents jointly, Award "me" reasonable
    costs, disbursments and medical fees, and
    grant any other relief the courts deems
    appropriate. Because by arresting, detaining
    and charging "me", the individual defendants
    engaged under color of law in the violation
    of my rights under the fourth and fourteenth
    amendments to the U.S constitution and 42 U.S.C

1983 to inter alia, be free from unreasonable searches and seizures, false arrest and imprisonment and malicious prosecution. Municpal liability for the violations of my rights rest upon the grounds set fourth at all times Material to this complaint the Defendants, Acting through the N.Y.P.D and the individual defendants.

VI. Previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No _____

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuit on another sheet of paper. using the same format.)

1. PARTIES TO THE PREVIOUS LAWSUIT:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3 Docket or index number _____
4 Name of Judge assigned to your case _____
5 Approximate date of filling lawsuit _____
6 Is the case still pending? Yes _____ No _____
If NO, give the approximate date of disposition _____

7 What was the result of the case? (For example: Was there judgement in your favor? Was the case appealed?)

_____

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____ No _____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. )If there is more than one lawsuit, describe the additional lawsuit on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state, name the county _____

3 - Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____

Rev. 01/2010                                    6

6. Is the case still pending? Yes_____ No_____

   If NO, give the approximate date of disposition_____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgement in your favor? Was the case appealed?)_____

   _____

   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _12_ day of _Febuary_, _2015_

   Signature of Plaintiff _Celli Blue_

   Inmate Number _09894-082_

   Institution Address _Federal correctional_
   _Institution Ray Brook P.O Box_
   _908 Ray Brook, New York 12977_

   _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _12_ day of _Febuary_, I am delivering this complaint to prison authorities to be mailed to the Pro Se Office of the United States District Court for the Southern District of New York.

   Signature of Plaintiff: _Celli Blue_

Name: Blount Collin

Register Number: 09894-082

Federal Correctional Institution Ray Brook

P.O. Box 900

Ray Brook, New York 12977

RECEIVED
SDNY PRO SE OFFICE

2015 FEB 18 P 12: 48

USM P3

SDNY

⇔09894-082⇔
Pro Se Office
U.S District Court
500 Pearl ST
Southn Dist.Of New York
NEW YORK, NY 10007-1312
United States